No. 387. WARNER-QUINLAN CO. *v.* SWAN-FINCH OIL CORP. ET AL. October 14, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Messrs. Thomas G. Haight, Chauncey I. Clark,* and *William J. Dean* for petitioner. *Mr. Arthur Vanderbilt* for respondents.

No. 388. TRIPLETT ET AL. *v.* LOWELL ET AL. October 14, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Mr. Samuel E. Darby, Jr.,* for petitioners. *Messrs. C. V. Edwards* and *John B. Brady* for respondents. See *ante,* p. 570.

No. 389. ATLANTIC COAST LINE R. Co. *v.* McDONALD, ADMINISTRATRIX. October 14, 1935. Petition for writ of certiorari to the Court of Appeals of Georgia denied. *Messrs. W. E. Kay* and *Lee W. Branch* for petitioner. *Mr. Clifford E. Hay* for respondent.

No. 390. HALL *v.* UNIVERSAL OIL PRODUCTS CO. ET AL. October 14, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Messrs. Donald W. Johnson, Charles V. Garnett,* and *Minitree Jones Fulton* for petitioner. *Messrs. Alexander F. Richmann* and *R. R. Brewster* for respondents.

No. 391. DENNIS *v.* NEW YORK CENTRAL R. Co. October 14, 1935. Petition for writ of certiorari to the Supreme Court of Ohio denied. *Mr. John F. Carlisle*